# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF UTAH

| | |
|---|---|
| VIDANGEL INC.,<br><br>Plaintiff,<br>vs.<br><br>DISNEY ENTERPRISES, INC., LUCASFILM LTD. LLC, TWENTIETH CENTURY FOX FILM CORPORATION, WARNER BROS. ENTERTAINMENT INC., MVL FILM FINANCE LLC, NEW LINE PRODUCTIONS, INC. AND TURNER ENTERTAINMENT CO.<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER CASE UNDER LOCAL RULE 83-2(g)<br><br>CASE NO. 2:18-CV-145 TS<br>Judge Ted Stewart |

This matter is before the Court on Plaintiff's Motion to Transfer Case Under Local Rule 83-2(g). Plaintiff seeks an order transferring this action to the Honorable Judge David Nuffer, who is currently assigned the lower-numbered case *Vidangel, Inc. v. Sullivan Entertainment Group Inc. et al.*, No. 2:17-CV-989-DN (D. Utah 2017). However, the local rule provides that "[t]he motion to transfer shall be filed in the lower-numbered case, and a notice of the motion shall be filed in [the] case in which transfer is sought."[1]

It is therefore

ORDERED that Plaintiff's Motion to Transfer Case Under Local Rule 83-2(g) (Docket No. 4) is DENIED without prejudice. Plaintiff may file its Motion in the lower-numbered case before Judge Nuffer.

---

[1] DUCiv R 83-2(g).

DATED this 5th day of March, 2018.

BY THE COURT:

_____
Judge Ted Stewart